| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____  Chapter __11__ |

☐ Check if this an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name**   **PARTNERS IN TECH SERVICES, INC.**

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)   **82-2935881**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **30 Gateway Lane** <br> **Manorville, NY 11949** <br> Number, Street, City, State & ZIP Code | **PO BOX 204** <br> **Roslyn Heights, NY 11577** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Suffolk** <br> County | **Location of principal assets, if different from principal place of business** <br> _____ <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)   **https://partnerstechs.com/**

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **PARTNERS IN TECH SERVICES, INC.**                                    Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5613__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor  **PARTNERS IN TECH SERVICES, INC.**              Case number (*if known*)
            Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district?***
*Check all that apply:*
■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)
☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**
*Check one:*
☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**
■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**
☐ $0 - $50,000
■ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor  **PARTNERS IN TECH SERVICES, INC.**  Case number (*if known*)
　　　　Name

☐ $50,001 - $100,000　　☐ $10,000,001 - $50 million　　☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000　　☐ $50,000,001 - $100 million　　☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million　　☐ $100,000,001 - $500 million　　☐ More than $50 billion

Debtor **PARTNERS IN TECH SERVICES, INC.**   Case number (*if known*) _____
       Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **November 29, 2023**
             MM / DD / YYYY

X **/s/ Alan Gropack**                              **Alan Gropack**
  Signature of authorized representative of debtor    Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ Randall S. D. Jacobs, Esq.**         Date **November 29, 2023**
  Signature of attorney for debtor                MM / DD / YYYY

**Randall S. D. Jacobs, Esq. Randall S. D. Jacobs, PLLC**
Printed name

**RANDALL S. D. JACOBS, PLLC**
Firm name

**30 Wall Street**
**8th Floor**
**New York, NY 10005**
Number, Street, City, State & ZIP Code

Contact phone  **973 226 3301**      Email address  **rsdjacobs@chapter11esq.com**

**1513589 NY**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **PARTNERS IN TECH SERVICES, INC.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                      12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Agencija Hover** | | | | | | **$505,000.00** |
| **FUSION FUNDING 88 PINE STREET SUITE 2202 New York, NY 10005** | | all assets | | $262,000.00 | $0.00 | $262,000.00 |
| **GLOBAL FUNDING EXPERTS 2701 Queens Plaza N. Suite 802 Long Island City, NY 11101** | | all assets | Contingent Unliquidated | $219,000.00 | Unknown | Unknown |
| **GOODMAN FACTORS 3010 LBJ Freeway Suite 540 Dallas, TX 75234** | | all assets | Contingent Unliquidated | $868,455.45 | Unknown | Unknown |
| **HMF CAPITAL GROUP 368 New Hempstead Rd. Ste. 217 New City, NY 10956** | | all assets | | $75,000.00 | Unknown | Unknown |
| **Morphis Managed Services 6060 N.Central Expressw'y Ste. 600 Dallas, TX 75206** | | Trade debt | Unliquidated | | | $1.00 |
| **PANTHERS CAPITAL 1172 SOUTH DIXIE HWY. CORAL GABLES, FL 33146** | | all assets | Contingent Unliquidated | $240,000.00 | Unknown | Unknown |

Debtor  **PARTNERS IN TECH SERVICES, INC.**                                   Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **SAMSON MCA LLC c/o Ariel Bouskila, Esq. 80 Broad Streeet, Sute 33 New York, NY 10004** | | **all assets** | | **$383,000.00** | **Unknown** | **Unknown** |
| **SMALL BUSINESS ADMIN. P.O. Box 3918 Portland, OR 09720-8000** | | **all assets** | | **$2,000,000.00** | **$150,000.00** | **$1,850,000.00** |

.

AGENCIJA HOVER


ARIEL BOUSKILA, ESQ.
80 BROAD STREET, STE.3303
NEW YORK NY 10004


ASHLEY GROPACK LIPPE
85 ENTRANCE ROAD
ROSLYN HEIGHTS NY 11577


ASHLEY GROPACK LIPPE
115 MIMOSA DRIVE
ROSLYN NY 11576


C H ROBINSON FREIGHT
PO BOX 9121
MINNEAPOLIS MN 55480-9121


FUSION FUNDING
88 PINE STREET
SUITE 2202
NEW YORK NY 10005


GLOBAL FUNDING EXPERTS
2701 QUEENS PLAZA N.
SUITE 802
LONG ISLAND CITY NY 11101


GOODMAN FACTORS
3010 LBJ FREEWAY
SUITE 540
DALLAS TX 75234


HMF CAPITAL GROUP
368 NEW HEMPSTEAD RD.
STE. 217
NEW CITY NY 10956


KANAWHA SCALES & SYSTEMS
5525 CHANTRY DRIVE
COLUMBUS OH 43232

```
MARGARET DUCKSTAD
22077 WAGON WHEEL DRIVE
LAKEVILLE MN 55044


MORPHIS MANAGED SERVICES
6060 N.CENTRAL EXPRESSW'Y
STE. 600
DALLAS TX 75206


NUWEIGH SCALES
7050 BIG SKY DRIVE
UNIT D
HOLLY MI 48442


PANTHERS CAPITAL
1172 SOUTH DIXIE HWY.
CORAL GABLES FL 33146


PANTHERS CAPITAL
157 CHURCH STREET
SUITE 1971
NEW HAVEN CT 06510


SAMSON MCA LLC
C/O ARIEL BOUSKILA, ESQ.
80 BROAD STREEET, SUTE 33
NEW YORK NY 10004


SMALL BUSINESS ADMIN.
P.O. BOX 3918
PORTLAND OR 09720-8000


TCS CORP
6715 N.E. 63RD STREET
SUITE 263
VANCOUVER WA 98661


WAGNER, FALCONER & JUDD
100 SOUTH FIFTH STREET
5TH STREET TOWERS
MINNEAPOLIS MN 55402
```

# United States Bankruptcy Court
### Eastern District of New York

In re  **PARTNERS IN TECH SERVICES, INC.**

Debtor(s)

Case No.

Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **PARTNERS IN TECH SERVICES, INC.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **November 29, 2023** | **/s/ Randall S. D. Jacobs, Esq.** |
| Date | **Randall S. D. Jacobs, Esq. Randall S. D. Jacobs, PLLC** |
| | Signature of Attorney or Litigant |
| | Counsel for  **PARTNERS IN TECH SERVICES, INC.** |
| | **RANDALL S. D. JACOBS, PLLC** |
| | **30 Wall Street** |
| | **8th Floor** |
| | **New York, NY 10005** |
| | **973 226 3301 Fax:973 226 8897** |
| | **rsdjacobs@chapter11esq.com** |